Attachment A

Case No. 6:2024-cr-10077-153272 (ksd)

The Honorable John W. Broomes, District Judge

U.S.D.C.

401 N. Market

Wichita, KS 67202


Your Honor,

I anticipate Your Honor has received many letters from friends and family of those appearing in Your court. I suspect, or rather hope, that few of those come from a father who is himself in prison for life without possibility of parole. I have to believe it has been my poor choices that led to the chaos of my son's young life. Brandon would be the first to acknowledge the need for accountability for one's actions. Neither Brandon nor I would argue that my choices dictated his. He is a young man with great potential who recognizes his own culpability. I mention my own incarceration only in an effort to more fully inform the Court about Brandon's formative years.

Through no fault of his own, Brandon was left without a father for crucially impressionable years. Many children are dealt a difficult hand in life and don't end up committing crimes. And indeed Brandon excelled at community involvement through Scouting and his church

youth groups. The difficulties of reintegrating with a father coming out of prison, the struggles of finding his place in the world while having a sex offender father, and the trauma of watching his father be re-arrested, re-prosecuted, visiting him in jail and seeing him sent to prison for life were world-shattering. Our entire family would agree with the U.S. Attorney that there cannot be a well functioning society without consequences. And we, and more importantly Brandon, accept that. I humbly beg Your Honor, in imposing the sentence the Court feels appropriate, to consider that Brandon is much more than a summary of his criminal behaviors. He has an enormous heart. At his core he is still a young fatherless boy trying to find some system to make sense of the world. I am certain that mental health, anger management, substance abuse and sex offender counseling would be both beneficial to and readily accepted by Brandon. In Your Honor's pronouncement of sentence, please do not foreclose the possibility of Brandon's rehabilitation. Thank you, Your Honor.


Respectfully submitted,

Martin Gillen

Martin Gillen  #1226084
High Desert State Prison
Nevada Department of Corrections